# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case - Day Six

Date __1/9/17__    Judge __Shirley Mensah - 13S__    Case No. __4:14CR88 RWS/SPM__

UNITED STATES OF AMERICA v. __Gatling, et al__

Deputy Clerk Initials: __L. Wooley__    Court Reporter: __Susan Moran__

Assistant United States Attorney: __Dean Hoag, Michael Reilly__

Attorney for Defendant: __Steven Welby, JoAnn Trog, Preston Humphrey, Robert Herman__

Interpreter _____    ___ **SEALED PROCEEDING**

**Proceedings:**
- ___ Initial Appearance
- ___ Initial Appearance Supervised Release
- ___ Rule 5(c)(3) Removal (Identity)
- ___ Detention Hearing
- ___ Preliminary Examination
- ___ Bond Execution/Appearance Bond
- ___ Bond Review
- ___ Arraignment
- ___ In Court Hearing (WAIVER OF MOTIONS)
- ___ Motion Hearing
- _X_ Evidentiary Hearing
- ___ Oral Argument/Non Evidentiary Hearing
- ___ Preliminary Revocation
- ___ Supervised Release
- ___ Probation
- ___ Sentencing
- ___ Competency Hearing
- ___ Pretrial/Status Conference

Additional Information: __Testimony heard. Evidentiary Hearing will resume on 1/10/17 @ 8:30 a.m. in Courtroom 13S.__

_X_    A. Rush, T. Rush, D. Gatling remanded to custody
_X_    L. Gibbs released on bond

Proceeding commenced __9:58 a.m.__    Proceeding concluded __12:20 p.m.__
Proceeding resumed __1:32 p.m.__    Proceeding concluded __4:40 p.m.__
Lunch commenced __12:20 p.m. to 1:32 p.m.__