UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) ) ) |
| vs. | ) Case No.: 4:14 CR 88 RWS (SPM) ) |
| DIONNE GATLING, et al, | ) ) |
| Defendant. | ) |

### DEFENDANTS' AMENDED JOINT EXHIBIT LIST FOR *FRANKS* HEARING

COME NOW Defendants, by and through counsel, and respectfully submits the following Amended Joint Exhibit List for the *Franks* hearing.

| **Exhibit** | **Description** | **Admitted** |
|---|---|---|
| A | Supplemental Discovery Provided by Government 5/7/2015 | X |
| B | Transcripts of Interviews and Reports from Investigating Agency (Batch 4) 2/2016 | X |
| B-1 | Sworn Statement of TFO DA to OPR on August 7, 2014 | X |
| B-2 | 3/30/12 – Voucher for CS#1 | X |
| B-3 | 5/2/12 – Voucher for CS#1 | X |
| B-4 | 2/6/13 – Voucher for CS#1 | X |
| B-5 | 7/2/13 – Voucher for CS#1 | X |
| C | Transcripts of Interviews from Investigating Agency (Batch 5) 4/5/2016 | X |
| D | Transcripts of Interviews from Investigating Agency (Batch 6) 4/28/2016 | X |
| E | Transcripts of Interviews from Investigating Agency (Batch 7) 7/19/2016 | X |
| F | JH Notes and Affidavit of CS1 (Batch 8) 10/12/2016 | X |

| | | |
|---|---|---|
| G | Ex Parte Document Relating to K.C. (ECF 325-1) 10/14/2016 | X |
| H | Norcross Police Department Documents relating to David A. 10/14/2016 | X |
| H-1 | Email from AUSA & Norcross Police Department Internal Investigation Re: David A. | X |
| I | Administrative Appeal of K. Cromer | X |
| J | CS1 Email to Dean Hoag on October 11, 2016 (ECF 321-1) | X |
| K | Bankruptcy Filing of CS1 | X |
| L | DEA Agents Manual | X |
| M | CS#1 Handwritten Pay Sheets | X |
| N | BOP payments and jail visit log of CS1 | X |
| O | August 8, 2012 DEA 103 and related documents | X |
| P | August 6, 2013 DEA 6 - Case Initiation Sheet | X |
| Q | Government Redacted Affidavit | X |
| R | Cromer Suspension Notice dated June 5, 2015 | X |
| S | Not used | |
| T | Not used | |
| U | Not used | |
| V | 2012 Calendar | X |
| W | 10/18/11 – Voucher for CS#1 | X |
| X | 8/5/12 - Form 499 – Award | X |
| Y | Affidavit of Sgt. Tyler Hooks | X |
| Z | Text messages of CS#1 (sealed) | X |
| AA | 1/26/12 – Voucher for CS#1 | X |
| BB | 10/18/11 – Voucher for CS#1 | X |

| | | |
|---|---|---|
| CC | 11/29/11 – Voucher for CS#1 | X |
| DD | Keith Cromer – Standards of Conduct forms | X |
| A. Rush-1 | DEA Chapter 6 | X |
| Gibbs-1 | Keith Cromer photo | X |
| Gibbs-2 | Keith Cromer photo with meta data | X |
| Gibbs-3 | Cromer Sprint call data for 8/5/12 | X |
| Gibbs-4 | Google Map – Newberry, SC to McDonough, GA | X |
| Gibbs-5 | American Express statements – Cromer 8/5/12 | X |
| Gibbs-6 | Not used | |
| Gibbs-7 | Not used | |
| Gibbs-8 | Not used | |
| Gibbs-9 | 8/5/12 relevant phone activity (Enlargement of Govt. Ex. B with numbered calls) | X |
| Gibbs-10 | Summary of 8/5/12 relevant phone activity | X |
| Gibbs-11 | AT&T Records of CS#1 | X |
| Gibbs-12 | AT&T Codes | X |
| Gibbs-13 | Chart of 8/5/12 phone events | X |
| Gibbs-14 | Deposition of CS#2 | Supplemental |

Respectfully submitted,

BY: **/s/ JoANN TROG**
Attorney for Defendant Dionne Gatling
121 West Adams Avenue
St. Louis, Missouri 63122
(314) 821-1111
Jtrogmwb@aol.com

BY: **/s / ROBERT HERMAN**
Attorney for Defendant Andre Rush
8820 Ladue Road, Suite 201
St. Louis, Missouri 63124
(314) 852-0200
bherman@laduelaw.com

BY: **/s/ PRESTON HUMPHREY, JR.**
Attorney for Defendant Timothy Rush
1015 Locust Street, Suite 413
St. Louis, Missouri 63101
(314) 621-1765
phumphrey@phlawstl.com

BY: **/s/ STEPHEN R. WELBY**
**/s/ THOMAS GABEL**
Attorney for Defendant Gibbs
Federal Public Defender Office
650 Missouri Ave., Suite G-10A
East St. Louis, IL 62201
(618) 482-9050
Steve_Welby@fd.org
Thomas_Gabel@fd.org

### CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2017, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

*/S/ Stephen R. Welby*