UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:14CR00088RWS (SPM) |
| | ) | |
| DIONNE GATLING, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' REPLY REGARDING DEFENDANTS' JOINT MEMORANDUM OF LAW AND POST HEARING BRIEF IN SUPPORT OF THEIR JOINT MOTION TO SUPPRESS WIRE COMMUNICATIONS**

COME NOW, Defendants Dionne Gatling, Andre Rush, Timothy Rush and Lorenzo Gibbs, by and through counsel, and following briefing regarding their request that this Court suppress and prohibit the Government from introducing at trial all recordings, transcripts, logs, pen registers and other evidence obtained by illegal electronic surveillance as well as all evidence which was later obtained based on this tainted evidence, state as follows:

1. Defendants' Reply to Government's Response to Defendants' Joint Memorandum of Law in Support of Defendants' Motion to Suppress Wire Communications is due September 15, 2017.

2. Government's Response does not address or dispute any of the legal or factual allegations addressed in Defendants' Memorandum regarding necessity.

3. As such, Defendants file no further reply concerning Defendants' Joint Memorandum of Law regarding necessity.

Respectfully submitted,

By: /s/ Preston Humphrey, Jr.
PRESTON HUMPHREY, JR. #49183MO
Attorney for Defendant Timothy Rush
1015 Locust, Suite 413
St. Louis, MO 63101
(314) 621-1765
(314) 875-9297 *facsimile*
*phumphrey@phlawstl.com*

By: /s/ JoAnn Trog
JoANN TROG, #42725MO
Attorney for Defendant Dionne Gatling
121 West Adams Avenue
St. Louis, Missouri 63122
Telephone: (314) 821-1111
Facsimile: (314) 821-9798
E-Mail: Jtrogmwb@aol.com

By: /s/ Robert Herman
ROBERT HERMAN, #32376MO
/s/ Edward Wells
EDWARD WELLS, #68471MO
Attorneys for Defendant Andre Rush
8820 Ladue Road, Suite 201
St. Louis, Missouri 63124
Telephone: (314) 852-0200
E-mail: bherman@laduelaw.com

By: /s/ Steven Welby
STEVEN WELBY, #42336MO
Attorney for Defendant Lorenzo Gibbs
Federal Public Defender
650 Missouri Ave.
Suite G-10A
East St. Louis, IL
Telephone: (618) 482-9050
E-Mail: steve_welby@fd.org

<u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that a true and correct copy of the foregoing was filed electronically on the 15th day of September, 2017 with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Dean Hoag and Michael Riley, Assistant United States Attorney, 111 South 10th Street, 20th Floor, St. Louis, MO 63102 and all counsel of record.

<u>/s/ Preston Humphrey, Jr.</u>