# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | 4:14 CR 00088 RWS (SPM) |
| ) | |
| DIONNE GATLING. ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT GATLING'S MOTION FOR LEAVE TO FILE
### MOTION FOR EMERGENCY MEDICAL TREATMENT
### <u>UNDER SEAL OF COURT</u>

Comes now Defendant, by and through undersigned counsel, and for the Defendant's Motion for Leave to File Motion for Emergency Medical Treatment Under Seal of Court, states as follows:

Defendant seeks leave to file his Motion for Leave to File Defendant's Motion for Emergency Medical Treatment Under Seal inasmuch as the Motion contains confidential information.

WHEREFORE, for the foregoing reasons, Defendant prays that this Court grant him leave to file his Motion for Leave to File Defendant's Motion for Emergency Medical Treatment Under Seal of Court, and for such other and further Orders as the Court deems proper in the premises.

Respectfully Submitted,

*/s/ **JoANN TROG***
JoAnn Trog                          42725MO
Attorney for Dionne Gatling
121 West Adams Avenue
Saint Louis, Missouri 63122
Telephone:    (314) 821-1111
Facsimile:    (314) 821-0798
E-mail:            jtrogmwb@aol.com

## CERTIFICATE OF SERVICE

Signature of the foregoing document is also certification that a true and correct copy has been filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon Dean Hoag and Michael Reilly, Assistant United States Attorneys, 111 South 10th Street, 20th Floor, Saint Louis, Missouri 63102 on this 9th day of January, 2018.

/s/   **JoAnn Trog**