UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
THOMAS F. EAGLETON U.S. COURTHOUSE
111 S. TENTH STREET
ST. LOUIS, MISSOURI 63102

CHAMBERS OF
SHIRLEY P. MENSAH
UNITED STATES MAGISTRATE JUDGE

PHONE: (314) 244-7490
FAX: (314) 244-7499

January 9, 2018

Re:   USA v. Dionne Lamont Gatling (4:17-CR-88-RWS-SPM)

Dear Counsel:

Attached please find a copy of correspondence received from your client, forwarded for informational purposes. Please advise your client that future communications of this type must be relayed to the Court only through counsel.

Sincerely,

*Shirley Palm*

Shirley Padmore Mensah
United States Magistrate Judge


cc: AUSA (without attachment)