**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

Courtroom Minute Sheet – Criminal Case

Date **1/12/18**   Judge **Shirley Mensah - 13S**   Case No. **4:14CR88 RWS**

UNITED STATES OF AMERICA v. **Dionne Gatling (1)**

Deputy Clerk Initials: **ARL**   Court Recorder: ARL

Assistant United States Attorney: Dean Hoag (present by phone)

Attorney for Defendant: Dionne Lamont Gatling (1) - JoAnn Trog / counsel only present / counsel present by phone.

**Proceedings:**
- ___ Initial Appearance
- ___ In Court Hearing **(WAIVER OF MOTIONS)**
- ___ Change of Plea/Sentencing
- ___ Initial Appearance Supervised Release
- **X** Motion Hearing
- ___ Competency Hearing
- ___ Rule 5(c)(3)Removal (Identity)
- ___ Evidentiary Hearing
- ___ Status Conference
- ___ Detention Hearing
- **X** Oral Argument/Non Evidentiary Hearing
- ___ Preliminary Examination
- ___ Preliminary Revocation
- ___ Bond Execution/Appearance Bond
- ___ Supervised Release
- ___ Bond Review
- ___ Probation
- ___ Arraignment

Additional Information: Motion Hearing. Attorneys present by phone. No defendant present. Arguments heard on Motion for Medical Treatment [521]. Court to stay ruling for 14 days. Written Order to follow.

**Initial Appearance:**
Bond set in the amount of: $ _____   Bond Type _____
Preliminary Exam/Detention Hearing scheduled: _____ @ _____ Before: SPM
Detention Hearing only scheduled: _____ @ _____ Before SPM
**Arraignment Scheduled:** _____ @ _____ **Before** _____

**Preliminary Revocation Hearing:**
Final Supervised Release or Probation Revocation Hearing Scheduled: _____ Before _____

**Arraignment:**

____ Defendant is sworn and arraigned

____ Waives reading of indictment/information

____ Not guilty plea entered. Order on pretrial motions to issue.

____ Motion for Extension of Time to File Pretrial Motions (GRANTED).
IT IS HEREBY ORDERED that the time granted to defendant to investigate and prepare pretrial motions or a waiver thereof is excluded from computation of the time for speedy trial.

All Pretrial Motions/ Waiver of Motions due no later than _____.

Evidentiary Hearing to be set.
**Evidentiary Hearing:**
____ Defendant waives evidentiary hearing. ** Case referral termed.

____ By leave of court defendant withdraws all pretrial motions and waives evidentiary hearing. **Case referral termed.

____ Hearing held. Testimony Heard. Motions taken under submission.

**Trial Scheduled:** _____ **Before** _____

Proceeding commenced **10:34 a.m.**   Proceeding concluded **10:46 a.m.**

.