UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
JUDGE SHIRLEY P. MENSAH
COURTROOM PROCEEDING 13 SOUTH
COURTROOM MINUTE SHEET CRIMINAL

CASE NO.    4:14cr88 RWS/SPM

STYLE:    USA v. Dionne Lamont Gatling, et al.

DATE:    1/22/2018

Court Reporter:    FTR

Deputy Clerk:    Cheryl Ritter

Attorney for Government:    Dean Hoag

Attorney for Defendant:    Jo Ann Trog, Steve Welby, Preston Humphrey, and Bob Herman (via teleconference)

(X)   Parties present for:

Status Conference with Counsel Only.   Pending motions discussed.   Deadlines for remaining pretrial motions set.   Order to follow.

Proceeding Commenced and Ended:   10:01 am – 10:28 am