**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF MISSOURI
THOMAS F. EAGLETON U.S. COURTHOUSE
111 S. TENTH STREET
ST. LOUIS, MISSOURI 63102

CHAMBERS OF
SHIRLEY P. MENSAH
UNITED STATES MAGISTRATE JUDGE

PHONE: (314) 244-7490
FAX: (314) 244-7499

December 11, 2018

Re: USA v. Dionne Lamont Gatling, 4:14-CR-88-RWS-SPM

Dear Counsel:

Attached please find a copy of correspondence received from your client. I trust that you will review it and take any action that is necessary. Please advise your client that future communications of this type must be relayed to the Court only through counsel.

Sincerely,

Shirley Padmore Mensah
United States Magistrate Judge

cc: AUSA (without attachment)