RECEIVED
JUN 25 2020
BY MAIL

4:14CR88RWS

Dear Honorable Judge Sippel                                    6/19/20

My name is Dionne Lamont Gatling #24360-044 I'm writing on behalf of Covid-19 USC. 3582 Extraordinary Compelling Circumstances. This pandemic has ravaged jails, and Prison, where Social Distancing is almost impossible, as the CDC has recommed.

This leaves prisoners like myself very veinable to this Deadly virus. The CDC has highlighted certain underling health conditions, such as sever asthma, Diabeties, and people with immunocompromised conditions. As of the writing of this letter, I've been ill now for months, complaning of chest Pain, Shortness of breath, I'm presently being treated now for Possibly Pnumonia, My health concerns are listed in my P.S.R.

They are as follows Severe asthma, Diabeties, Sarcoidosis, and High blood Pressure. I've served at least 25% of my sentence, I'm asking the Courts to grant me Compassionate Release, or Direct Home Confinement. My place of Residence will be with the mother of my three children, In St Charles MO. where I've owed my home since 2008. I've Exhausted all the required steps here at FCI Terre Haute. I Pray that you accept this as a motion to the Courts.

Dionne Gatling

Dionne Gatling 24360-044
Unit G-2
Terre Haute Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

INDIANAPOLIS IN 460
23 JUN 2020 PM 5 L



ATTN: Honorable Judge Sippel
111 South 10th Street
ST Louis, MO 63102



INMATE IDENTIFICATION CONFIRMED

RECEIVED
JUN 25 2020
BY MAIL

63102-112599

(Legal mail)